

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00477-CV

———————————————

IN RE OCTAGON, INC., Relator

Original Proceeding
467th District Court of Denton County, Texas
Trial Court No. 22-2595-467

Before Kerr, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 24, 2026